David A. Garcia CA Bar No. 218356
david.garcia@ogletree.com
Po-En Terence Liao CA Bar No. 336488
Terence.Liao@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Attorneys for Defendant
Eckerd Youth Alternatives, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND COURTHOUSE

| | |
|---|---|
| MARIA ROANNE REYES-FRANCISCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ECKERD YOUTH ALTERNATIVES, INC., and DOES 1 TO 10, inclusive,<br><br>　　　　Defendants. | Case No. Pending<br><br>**DECLARATION OF PO-EN TERENCE LIAO IN SUPPORT OF DEFENDANT ECKERD YOUTH ALTERNATIVES, INC.'S NOTICE OF REMOVAL**<br><br>[*Filed concurrently herewith Notice of Removal; Certificate of Interested Parties; Civil Cover Sheet; Corporate Disclosure Statement; Declaration of Client; and Notice of Related Cases*]<br><br>Complaint Filed:   October 31, 2023<br>Trial Date:             None Set<br>District Judge:      Hon. TBD<br>Magistrate Judge:  Hon. TBD |

# DECLARATION OF PO-EN TERENCE LIAO

I, Po-En Terence Liao, declare as follows:

1. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant ECKERD YOUTH ALTERNATIVES, INC. ("Defendant"), in this action. I am licensed to practice law in this Court and the State of California. I submit this declaration in support of Defendant's Notice of Removal. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so.

2. On October 31, 2023, Plaintiff filed an action against Defendant entitled "Maria Roanne Reyes-Francisco, Plaintiff, v. Eckerd Youth Alternatives, Inc. and DOES 1-100, inclusive, Defendants." in the Superior Court of the State of California For the County of Alameda ("State Court"), Case Number 23CV04936 (the "Complaint"). On October 31, 2023, Plaintiff also filed the following documents in the State Court in the instant action: a Civil Case Cover Sheet and a Summons. On November 1, 2023 the State Court scheduled a Case Management Conference in the instant action. Attached collectively hereto as **Exhibit "A"** are copies of the Summons, Complaint, Civil Case Cover Sheet, ADR Information Package, and the Notice of Case Management Conference in the instant action.

3. On November 8, 2023, Plaintiff filed a Proof of Service in the State Court stating that the Defendant was served on **November 6, 2023** with the Summons and Complaint ("Proof of Service"). Attached hereto as **Exhibit "B"** is a true and correct copy of the Proofs of Service.

4. On **December 6, 2023**, Defendant timely filed and served its Answer to Plaintiff's Complaint in the State Court. Attached hereto as **Exhibit "C"** is a true and correct copy of Defendant's State Answer to the Complaint.

5. On or about December 6, 2023, I ran a business entity search for Defendant ECKERD YOUTH ALTERNATIVES, INC. on the California Secretary of State website, and purchased a certified copy of ECKERD YOUTH ALTERNATIVES, INC.'s Statement of Information. Attached hereto as **Exhibit "D"** is a certified copy of Defendant Eckerd Youth Alternatives, Inc.'s Statement of Information and Certified Copies Acknowledgement.

6. Attached hereto as **Exhibit "E"** is a true and correct copy of a relevant excerpt from the 2023 Judicial Caseload Profile for the Northern District of California, which is available on the website: https://www.uscourts.gov/statistics/table/na/federal-court-management-statistics/2023/09/30-1. The 2023 Judicial Caseload Profile for the Northern District of California states that the median time from filing to trial for civil cases is approximately 36.7 months.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 6th day of December 2023, at Costa Mesa, California.

/s/ Terence Liao
Terence Liao

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, David A. Garcia hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*