# EXHIBIT "A"

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ECKERD YOUTH ALTERNATIVES, INC., and DOES 1 TO 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARIA ROANNE REYES-FRANCISCO

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
10/31/2023
Chad Finke, Executive Officer / Clerk of the Court
By. _____ D. Oliver _____ Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org). en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda

24405 Amador Street Hayward, CA 94544

**CASE NUMBER:**
*(Número del Caso):* 23CV049436

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Dylan Hackett PO Box 330168 San Francisco, CA 94133-0168 (415) 410-9931

DATE: 10/31/2023
*(Fecha)*

Chad Finke, Executive Officer / Clerk of the Court

Clerk, by D. Oliver , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **Eckerd Youth Alternatives, Inc.**

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

privacy, please press the Clear This Form button after yo    | Print this form |   | Save this form |          | Clear this form |

Dylan Hackett (SBN 329339)
**THE HACKETT LAW FIRM**
P.O. Box 330168
San Francisco, CA 94103
Telephone: (415) 410-9931

*Attorneys for Plaintiff Maria Roanne Reyes-Francisco*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
**10/31/2023 at 02:21:47 PM**
By: Darnekia Oliver,
Deputy Clerk

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone (415) 410-9931

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| MARIA ROANNE REYES-FRANCISCO<br><br>Plaintiff,<br><br>v.<br><br>ECKERD YOUTH ALTERNATIVES,<br>INC., and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No.: 23CV049436<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. **SEX DISCRIMINATION IN VIOLATION OF GOV. CODE §§ 12940 ET SEQ.**<br>2. **AGE DISCRIMINATION IN VIOLATION OF GOV. CODE §§ 12940 ET SEQ.**<br>3. **RETALIATION IN VIOLATION OF GOV. CODE § 12940(h)**<br><br>**DEMAND FOR JURY TRIAL** |

**TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Maria Roanne Reyes-Francisco ("Plaintiff") by and through her undersigned attorney and for this complaint against Defendants Eckerd Youth Alternatives, Inc. and Does 1 to 10 inclusive, alleges upon personal knowledge and belief as to her own acts, and upon information and belief as to all other matters, as to which allegation she believes substantial evidentiary support will exist after a reasonable opportunity for further investigation and discovery as follows:

### THE PARTIES

1.      Plaintiff is an individual residing in Alameda County, State of California.

2.      At all relevant times herein, Plaintiff was an employee of Defendant, Eckerd Youth Alternatives, Inc. ("Eckerd")

-1-

**COMPLAINT FOR DAMAGES**

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone (415) 410-6931

3.      At all relevant times herein, Defendant Eckerd is a nonprofit corporation formed in Florida., registered and lawfully doing business in California.

4.      The true names and capacities, whether individual, corporate, associate, or otherwise, of either Defendant sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sues Defendant by such fictitious names.  Plaintiff is informed and believes, and based thereon alleges, that the Defendant designated herein as a DOE is legally responsible in some manner for the events and happenings referred to herein and caused injury and damage proximately thereby to Plaintiff as hereinafter alleged.  Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of the Defendant designated hereinafter as DOES when the same have been fully ascertained.

5.      Plaintiff is informed and believe, and based thereon alleges, that each and all of the acts and omissions alleged herein were performed by, and/or attributable to the Defendants, acting as agents and/or employees, and/or under the direction and control of each of the other Defendants, and that said acts and failures to act were within the course and scope of said agency, employment and/or direction and control.  Plaintiff is informed and believes, and thereon alleges, that at all times material hereto, Defendants were and are the agents of each other.

### JURISDICTIONAL STATEMENT

6.      This Court is the proper court, and this action is properly filed in Alameda County because Defendants' obligations and liability arise therein, and because Defendants transact business in Alameda County, and Plaintiff resides in Alameda County.

7.      The damages sought exceed the minimal jurisdictional amount for this Court.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

8.      Plaintiff has timely obtained a Right to Sue letter from the Department of Fair Employment and Housing.  Attached hereto as "Exhibit A" is a true and correct copy of the Right to Sue issued on October 30, 2023.

### GENERAL STATEMENT OF FACTS

9.      Plaintiff is a 53-year-old Filipino female.

-2-

**COMPLAINT FOR DAMAGES**

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone (415) 410-9931

10.   Plaintiff began her employment with Defendant Eckerd on or about 2013 and worked as the Senior Vice President of Operations and Publications.

11.   At all relevant times herein, Plaintiff was a successful employee and consistently met her performance goals.

12.   On or about 2022, Plaintiff complained about toxic work environment to the Human Resources Department ("HR"). She specifically complained about unattainable expectations set by her supervisor.

13.   Plaintiff noticed a gradual reduction of her responsibilities following the 2022 complaint to HR. Plaintiff became worrisome and distressed.

14.   On or about June 21, 2023, Defendants terminated Plaintiff's employment during her routine call with her supervisor. Defendants cited "budget and reorganization" as reasons for terminating her employment.

15.   Shortly after terminating Plaintiff's employment, Defendants released a companywide memo that announced promotions for her supervisor and four other employees, three of whom were white males.

16.   Defendants terminated Plaintiff's employment but maintained another male employee's employment even though he was severely underperforming.

## FIRST CAUSE OF ACTION

Sex Discrimination in Violation of Gov't Code §§12940 *et seq.*

(By Plaintiff against all Defendants)

17.   Plaintiff re-alleges and incorporates herein by reference, each and every allegation contained in the preceding paragraphs of this Complaint as though fully set forth herein.

18.   At all times herein, California's Fair Housing and Employment and Housing Act ("FEHA") was in full force and effect and was binding upon Defendants.

19.   FEHA and Government Code section 1940 subdivision (a) prohibits employers from discriminating against an employee on the basis of sex.

20.   Plaintiff is a member of a protected class based on her gender.

//

-3-

**COMPLAINT FOR DAMAGES**

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone (415) 410-9931

21.     Plaintiff is informed and believes that she was discriminated against based on her protected characteristic under Government Code §12940 and her sex was a motivating reason for Defendants to terminate her employment.

22.     As a direct, foreseeable, and proximate result of Defendants' conduct as alleged herein, Plaintiff has suffered and will continue to suffer actual damages, including lost earnings and other employment benefits, in a sum in excess of the jurisdictional limit of this Court, the exact amount of which is not yet known, which amount will be proved at the time of trial.

23.     As a further direct, foreseeable, and proximate result of said wrongful acts and failures to act by Defendants, Plaintiff has suffered and will continue to suffer substantial emotional distress and will incur other incidental and consequential damages and losses, all in an amount to be proven at time of trial. Plaintiff claims such amounts as damages together with prejudgment interest pursuant to any provision of law proving for prejudgment interest.

24.     Plaintiff requests a reasonable award of attorneys' fees and costs, including expert fees pursuant to the FEHA.

## SECOND CAUSE OF ACTION

### Age Discrimination in Violation of Gov't Code §§12940 *et seq.*

### (By Plaintiff against all Defendants)

25.     Plaintiff re-alleges and incorporates herein by reference, each and every allegation contained in the preceding paragraphs of this Complaint as though fully set forth herein.

26.     FEHA and Government Code section 1940 subdivision (a) prohibits employers from discriminating against an employee on the basis of age.

27.     Plaintiff was over 40 years old at the time of employment with Defendants and entitled to FEHA and statutory protections against age discrimination.

28.     The above said acts of Defendants constitute violations of the FEHA, and were a proximate cause in Plaintiff's damages.

29.     As a direct, foreseeable, and proximate result of Defendants' conduct as alleged herein, Plaintiff has suffered and will continue to suffer actual damages, including lost earnings and

-4-

COMPLAINT FOR DAMAGES

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone (415) 410-9931

1  other employment benefits, in a sum in excess of the jurisdictional limit of this Court, the exact

2  amount of which is not yet known, which amount will be proved at the time of trial.

3       30.   As a further direct, foreseeable, and proximate result of said wrongful acts and failures

4  to act by Defendants, Plaintiff has suffered and will continue to suffer substantial emotional distress

5  and will incur other incidental and consequential damages and losses, all in an amount to be proven at

6  time of trial. Plaintiff claims such amounts as damages together with prejudgment interest pursuant to

7  any provision of law proving for prejudgment interest.

8       31.   Plaintiff requests a reasonable award of attorneys' fees and costs, including expert fees

9  pursuant to the FEHA.

10             **THIRD CAUSE OF ACTION**

11       Retaliation in Violation of Government Code §12940(h)

12        (By Plaintiff against all Defendants)

13      32.   Plaintiff re-alleges and incorporates by reference the foregoing paragraphs as though

14 fully set forth herein.

15      33.   FEHA and Government Code section 12940 subdivision (h) prohibits employers from

16 retaliating against employees for engaging in FEHA-protected activities.

17      34.   Plaintiff resisted Defendants' sex and age discrimination. She was terminated as a

18 result of raising the complaints to HR.

19      35.   Plaintiff's protected activities were a substantial motivating reason for Defendants'

20 decision to terminate him.

21      36.   The above said acts of Defendants constitute violations of the FEHA, and were a

22 proximate cause in Plaintiff's damages.

23      37.   As a direct, foreseeable, and proximate result of Defendants' conduct as alleged

24 herein, Plaintiff has suffered and will continue to suffer actual damages, including lost earnings and

25 other employment benefits, in a sum in excess of the jurisdictional limit of this Court, the exact

26 amount of which is not yet known, which amount will be proved at the time of trial.

27      38.   As a further direct, foreseeable, and proximate result of said wrongful acts and failures

28 to act by Defendants, Plaintiff has suffered and will continue to suffer substantial emotional distress

-5-

**COMPLAINT FOR DAMAGES**

and will incur other incidental and consequential damages and losses, all in an amount to be proven at time of trial. Plaintiff claims such amounts as damages together with prejudgment interest pursuant to any provision of law proving for prejudgment interest.

39.     Plaintiff requests a reasonable award of attorneys' fees and costs, including expert fees pursuant to the FEHA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff pray for relief as follows:

1. For Judgments in Plaintiffs favor as to all causes of action;
2. For compensatory damages, including general and special damages, and emotional distress damages in an amount according to proof;
3. For compensatory damages, including general and special economic, in an amount according to proof;
4. For an award of prejudgment interest for the maximum amount allowed by law;
5. For an award of post-judgment interest for the maximum amount allowed by law;
6. All costs of suit;
7. Attorney's fees pursuant to Government Code section 12965 subdivision (b)
8. For such other and further relief as the Court may deem just and proper.

## REQUEST FOR JURY TRIAL

Plaintiff requests a trial of all issues by jury.

DATED:   October 30, 2023                         **THE HACKETT LAW FIRM**


                                                  By:  *Dylan Hackett*
                                                       Dylan Hackett
                                                       *Attorney for Plaintiff*
                                                       *Maria Roanne Reyes-Francisco*

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone (415) 410-6931

-6-

**COMPLAINT FOR DAMAGES**

# Exhibit A



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

October 30, 2023

Dylan Hackett
PO Box 330168
San Francisco, CA 94133

RE:   **Notice to Complainant's Attorney**
      CRD Matter Number: 202310-22491530
      Right to Sue: Francisco / Odle Management LLC - Eckerd Connects

Dear Dylan Hackett:

Attached is a copy of your complaint of discrimination filed with the Civil Rights Department (CRD) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also attached is a copy of your Notice of Case Closure and Right to Sue.

**Pursuant to Government Code section 12962, CRD will not serve these documents on the employer.** You must serve the complaint separately, to all named respondents. Please refer to the attached Notice of Case Closure and Right to Sue for information regarding filing a private lawsuit in the State of California. A courtesy "Notice of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the CRD does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 02/23)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

October 30, 2023

RE:   **Notice of Filing of Discrimination Complaint**
       CRD Matter Number: 202310-22491530
       Right to Sue: Francisco / Odle Management LLC - Eckerd Connects

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Civil
Rights Department (CRD) in accordance with Government Code section 12960. This
constitutes service of the complaint pursuant to Government Code section 12962. The
complainant has requested an authorization to file a lawsuit. A copy of the Notice of
Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their
contact information.

No response to CRD is requested or required.

Sincerely,

Civil Rights Department



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

October 30, 2023

Maria Francisco
7507 Hillrose Dr
Dublin, CA 94568

RE:     **Notice of Case Closure and Right to Sue**
        CRD Matter Number: 202310-22491530
        Right to Sue: Francisco / Odle Management LLC - Eckerd Connects

Dear Maria Francisco:

This letter informs you that the above-referenced complaint filed with the Civil Rights
Department (CRD) has been closed effective October 30, 2023 because an immediate
Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section
12965, subdivision (b), a civil action may be brought under the provisions of the Fair
Employment and Housing Act against the person, employer, labor organization or
employment agency named in the above-referenced complaint. The civil action must be
filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal
Employment Opportunity Commission (EEOC) to file a complaint within 30 days
of receipt of this CRD Notice of Case Closure or within 300 days of the alleged
discriminatory act, whichever is earlier.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 02/23)

## COMPLAINT OF EMPLOYMENT DISCRIMINATION
## BEFORE THE STATE OF CALIFORNIA
### Civil Rights Department
### Under the California Fair Employment and Housing Act
### (Gov. Code, § 12900 et seq.)

**In the Matter of the Complaint of**

Maria Francisco                                    CRD No. 202310-22491530

                    Complainant,

vs.

Odle Management LLC - Eckerd Connects
100 N. Starcrest Drive
Clearwater, FL 33765

                    Respondents

_____

**1.** Respondent **Odle Management LLC - Eckerd Connects** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.** Complainant **Maria Francisco**, resides in the City of **Dublin**, State of **CA**.

**3.** Complainant alleges that on or about **June 21, 2023**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's other.  protected characteristics

**Complainant was discriminated against** because of complainant's color, sex/gender, age (40 and over), race (includes hairstyle and hair texture) and as a result of the discrimination was terminated.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment and as a result was terminated.

**Additional Complaint Details:** I believe the reason for the discrimination, harassment, or retaliation is because according to the statement made by one of the promoted white employees to one of my previous subordinates, I was terminated because "I do not belong!".

-1-
*Complaint – CRD No. 202310-22491530*

Date Filed: October 30, 2023

CRD-ENF 80 RS (Revised 12/22)

1  VERIFICATION

2  I, **Maria Francisco**, am the **Complainant** in the above-entitled complaint.  I have read
3  the foregoing complaint and know the contents thereof.  The same is true of my own
   knowledge, except as to those matters which are therein alleged on information and
4  belief, and as to those matters, I believe it to be true.

5  On October 30, 2023, I declare under penalty of perjury under the laws of the State of
   California that the foregoing is true and correct.
6

7                                                                      **Dublin, CA**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                      -2-
                          *Complaint – CRD No. 202310-22491530*
27
   Date Filed: October 30, 2023
28
                                              CRD-ENF 80 RS (Revised 12/22)

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Dylan Hackett (SBN: 329339) The Hackett Law Firm
PO Box 330168 San Francisco, CA 94133

TELEPHONE NO.: [415] 410 9931    FAX NO. *(Optional):*
E-MAIL ADDRESS: dylanhackett@hackettfirm.com
ATTORNEY FOR *(Name):* Plaintiff, MARIA ROANNE REYES-FRANCISCO

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ALAMEDA**
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS: 24405 Amador Street
CITY AND ZIP CODE: Hayward, CA 94544
BRANCH NAME: Hayward Hall of Justice– CIVIL

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
10/31/2023 at 02:21:47 PM
By: Darnekia Oliver,
Deputy Clerk

CASE NAME:
Maria Roanne Reyes-Francisco vs. Eckerd Youth Alternatives, Inc, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter    [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | 23CV049436 |
| | | | | JUDGE: |
| | | | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Miscellaneous Civil Complaint** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Fraud (16) | [ ] Residential (32) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Other petition *(not specified above)* (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [x] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [x] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve      e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence      f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify):* Three (3)
5. This case [ ] is  [x] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: October 31, 2023
Dylan Hackett
_____            ▶            *Dylan Hackett*
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courts.ca.gov |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or
toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil
harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer
or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally
complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent
domain, landlord/tenant, or
foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex
case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-
domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-
harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified
above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

---

CM-010 [Rev. September 1, 2021]

**CIVIL CASE COVER SHEET**

Page 2 of 2

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>10/31/2023<br>Clad Flike, Execr fue Officer /Clerk of the Court<br>By: *Damelu Oh* Deputy<br>D. Oliver |
| PLAINTIFF(S):<br>Maria Roanne Reyes-Francisco | |
| DEFENDANT(S):<br>Eckerd Youth Alternatives, Inc et al | |
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>23CV049436 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

ASSIGNED JUDGE:  James Reilly
DEPARTMENT:  25
LOCATION:  Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612
PHONE NUMBER:  (510) 267-6941
FAX NUMBER:
EMAIL ADDRESS:  Dept25@alameda.courts.ca.gov

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing. Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

**ASSIGNED FOR ALL PURPOSES TO**
**JUDGE** James Reilly
**DEPARTMENT** 25

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days." The court's website contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By

D. Oliver, Deputy Clerk

**NOTICE OF CASE ASSIGNMENT**

ACSC (Rev. 10/21)

Page 2 of 2

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| | **FILED** Superior Court of California County of Alameda |
| COURTHOUSE ADDRESS: Rene C. Davidson Courthouse Administration Building, 1221 Oak Street, Oakland, CA 94612 | 10/31/2023 |
| PLAINTIFF: Maria Roanne Reyes-Francisco | Clerd Flike , Executive Officer /Clerk of the Court By: _Deanefta Ol_ Deputy D. Oliver |
| DEFENDANT: Eckerd Youth Alternatives, Inc et al | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER: 23CV049436 |

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

> Date: **04/23/2024**   Time: **3:00 PM**   Dept.: **25**
>
> Location: Rene C. Davidson Courthouse
> Administration Building, 1221 Oak Street, Oakland, CA 94612

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA CIV-100 [Rev. 10/2021]

**NOTICE OF
CASE MANAGEMENT CONFERENCE**

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>10/31/2023<br>Chad Finke , Executive Officer / Clerk of the Court<br>By: _Damefee O.L_ Deputy<br>D. Oliver |
| PLAINTIFF/PETITIONER:<br>Maria Roanne Reyes-Francisco | |
| DEFENDANT/RESPONDENT:<br>Eckerd Youth Alternatives, Inc et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>23CV049436 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Dylan Hackett
The Hackett Firm
PO Box 330168
San Francisco, CA 94133

Chad Finke, Executive Officer / Clerk of the Court

Dated: 11/01/2023

By:

_Damefee O.L_

D. Oliver, Deputy Clerk

**CERTIFICATE OF MAILING**