# EXHIBIT "B"

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Dylan Hackett SBN 329339**<br>**The Hackett Law Firm**<br>**PO Box 330168**<br>**San Francisco, CA 94133**<br>TELEPHONE NO.:   **415-410-9931**       FAX NO. (Optional):<br><br>E-MAIL ADDRESS (Optional): **dylanhackett@hackettfirm.com**<br>ATTORNEY FOR (Name):      **Plaintiff** | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Alameda<br>**11/08/2023** at **12:23:16 PM**<br>By: Tania Pierce,<br>Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA - HAYWARD | |
|---|---|
| STREET ADDRESS: 24405 Amador St.<br>MAILING ADDRESS: 24405 Amador St.<br>CITY AND ZIP CODE: Hayward, CA 94544<br>BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA - HAYWARD | |

| PLAINTIFF/PETITIONER: Maria Roanne Reyes-Francisco | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eckerd Youth Alternatives, Inc. | **23CV049436** |

| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.:<br>Maria Roanne Reyes-Francisco |
|---|---|

(Separate proof of service is required for each party served.)          **"BY FAX"**

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of: *Summons; Complaint; Civil Case Cover Sheet; Notice of Case Assignment; Notice of Case Management Conference*

3.    a.  Party served (specify name of party as shown on documents served): *Eckerd Youth Alternatives, Inc.*

      b.  ☒   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a): **Cogency Global, Inc. - Alex Gonzales, Agent for Service of Process**

4.    Address where the party was served: *1325 J St #1550 Sacramento, CA 95814*

5.    I served the party (check proper box)

      a.  ☒   **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **11/6/2023** (2) at: **12:10 PM**

      b.  ☐   **by substituted service.** On: at: I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
            ,

         (1)  ☐   **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

         (2)  ☐   **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

         (3)  ☐   **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

         (4)      I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
            ☐   the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
            on:              from:                 **or** ☐ a declaration of mailing is attached.

**Page 1 of 3**

Invoice # 8529790

| PLAINTIFF/PETITIONER: Maria Roanne Reyes-Francisco DEFENDANT/RESPONDENT: Eckerd Youth Alternatives, Inc. | CASE NUMBER: 23CV049436 |
|---|---|

        (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5.    c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1) on*:*                                   (2) from*:*

       (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

       (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d.  ☐  **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:
   a.  ☐  as an individual defendant.
   b.  ☐  as the person sued under the fictitious name of *(specify):*
   c.  ☐  as occupant.
   d.  ☒  On behalf of *(specify):* **Eckerd Youth Alternatives, Inc.**
       under the following Code of Civil Procedure section:

| | | |
|---|---|---|
| ☒ 416.10 (corporation) | | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | | ☐ 415.46 (occupant) |
| | | ☐ other: |

7. **Person who served papers**
   a. Name: **Jason W. Marshall**
   b. Address: **D&R Legal Process Service, LLC. 39159 Paseo Padre Pkwy. # 112, Fremont, CA 94538**
   c. Telephone number: **510-797-9996**
   d. **The fee** for service was: **$90.00**
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ a **Registered California Process Server**:
       (i)  ☐ owner  ☐ employee  ☒ **Independent Contractor**.
       (ii)  Registration No.: **#1998-061**
       (iii)  County: **Sacramento**

| PLAINTIFF/PETITIONER: | Maria Roanne Reyes-Francisco | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Eckerd Youth Alternatives, Inc. | 23CV049436 |

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Jason W. Marshall**                                    Date: **11/08/2023**