# EXHIBIT "D"



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231037554
Date Filed: 6/29/2023

| Entity Details | |
|---|---|
| Corporation Name | ECKERD YOUTH ALTERNATIVES, INC. |
| Entity No. | 3226655 |
| Formed In | FLORIDA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 100 STARCREST DRIVE<br>CLEARWATER, FL 33765 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 100 STARCREST DRIVE<br>CLEARWATER, FL 33765 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| DAVID DENNIS | 100 STARCREST DRIVE<br>CLEARWATER, FL 33765 | Chief Executive Officer |
| Laura Hunt | 100 Starcrest Drive<br>Clearwater, FL 33765 | Secretary |
| Randall W Luecke | 100 STARCREST DRIVE<br>CLEARWATER, FL 33765 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Randall W Luecke | 100 STARCREST DRIVE<br>CLEARWATER, FL 33765 | Treasurer | |
| David Dennis | 100 STARCREST DRIVE<br>CLEARWATER, FL 33765 | Other | President |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | COGENCY GLOBAL INC.<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | NON-PROFIT FOR AT RISK YOUTH |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

| Labor Judgment | |
|---|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Randall W Luecke*  *06/29/2023*
Signature                                                         Date

B1907-6628 06/29/2023 12:19 PM Received by California Secretary of State

Certificate Verification No.: 163970124 Date: 12/06/2023



# California Secretary of State

Business Programs Division

1500 11th Street, Sacramento, CA 95814

---

**Request Type:** Certified Copies
**Entity Name:** ECKERD YOUTH ALTERNATIVES, INC.
**Formed In:** FLORIDA
**Entity No.:** 3226655
**Entity Type:** Nonprofit Corporation - Out of State

**Issuance Date:** 12/06/2023
**Copies Requested:** 1
**Receipt No.:** 005687600
**Certificate No.:** 163970124

## Document Listing

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| B1907-6627 | 06/29/2023 | Statement of Information | 2 |

**  ****  ******  ********  End of list  ********  ******  ****  **

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on December 06, 2023.

**SHIRLEY N. WEBER, PH.D.**
Secretary of State

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.

Page 1 of 3