# EXHIBIT "E"

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 8,951 | 9,180 | 9,988 | 11,293 | 8,933 | 9,345 | | |
| | Terminations | | 7,854 | 7,995 | 9,123 | 8,605 | 11,613 | 7,593 | | |
| | Pending | | 10,180 | 11,323 | 12,183 | 14,838 | 12,240 | 14,016 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 4.4 | 1.8 | -6.4 | -17.2 | 4.6 | | 48 | 8 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 24.1 | 32.3 | 24.9 | | |
| **Actions per Judgeship** | Filings | Total | 639 | 656 | 713 | 807 | 638 | 668 | 19 | 3 |
| | | Civil | 552 | 564 | 639 | 729 | 566 | 596 | 15 | 2 |
| | | Criminal Felony | 39 | 47 | 36 | 36 | 26 | 25 | 91 | 15 |
| | | Supervised Release Hearings | 48 | 45 | 38 | 42 | 46 | 47 | 31 | 7 |
| | Pending Cases [2] | | 727 | 809 | 870 | 1,060 | 874 | 1,001 | 12 | 2 |
| | Weighted Filings [2] | | 622 | 599 | 612 | 809 | 606 | 568 | 22 | 3 |
| | Terminations | | 561 | 571 | 652 | 615 | 830 | 542 | 25 | 5 |
| | Trials Completed | | 10 | 9 | 6 | 7 | 8 | 8 | 82 | 13 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.3 | 13.5 | 12.4 | 16.4 | 17.1 | 21.1 | 84 | 14 |
| | | Civil [2] | 7.2 | 8.7 | 11.4 | 6.3 | 11.4 | 7.0 | 20 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 30.0 | 22.8 | 44.5 | 26.4 | 34.7 | 36.7 | 31 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 462  5.1 | 1,516  15.0 | 925  8.4 | 1,374  10.0 | 1,110  10.0 | 2,345  18.1 | 75 | 11 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.2 | 1.3 | 1.1 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 69.5 | 74.8 | 94.8 | 62.9 | 65.1 | 57.2 | | |
| | | Percent Not Selected or Challenged | 26.0 | 57.0 | 60.7 | 44.8 | 48.9 | 35.6 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 8,341 | 191 | 2,491 | 1,012 | 8 | 130 | 435 | 562 | 602 | 604 | 766 | 30 | 1,510 |
| Criminal [1] | 344 | 3 | 129 | 2 | 63 | 67 | 20 | 22 | - | 12 | 5 | 7 | 14 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."