1  David A. Garcia CA Bar No. 218356
   david.garcia@ogletree.com
2  Po-En Terence Liao CA Bar No. 336488
   Terence.Liao@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Park Tower, Fifteenth Floor
   695 Town Center Drive
5  Costa Mesa, CA  92626
   Telephone:     714-800-7900
6  Facsimile:     714-754-1298

7  Attorneys for Defendant
   Eckerd Youth Alternatives, Inc.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND COURTHOUSE

| | |
|---|---|
| 12  MARIA ROANNE REYES-FRANCISCO, | Case No. Pending |
| 13          Plaintiff, | **DECLARATION OF TERESA M. MACDONALD IN SUPPORT OF DEFENDANT ECKERD YOUTH ALTERNATIVES, INC.'S NOTICE OF REMOVAL** |
| 14          v. | |
| 15  ECKERD YOUTH ALTERNATIVES, INC., and DOES 1 TO 10, inclusive, | |
| 16          Defendants. | [*Filed concurrently herewith Notice of Removal; Certificate of Interested Parties; Civil Cover Sheet; Corporate Disclosure Statement; Declaration of Terence Liao; and Notice of Related Cases*] |
| | Complaint Filed:  October 31, 2023<br>Trial Date:       None Set<br>District Judge:   Hon. TBD<br>Magistrate Judge: Hon. TBD |

## DECLARATION OF TERESA M. MACDONALD

I, Teresa M. MacDonald, declare as follows:

1. I am employed as the Human Resources Director of Defendant Eckerd Youth Alternatives, Inc. ("Eckerd" or "Defendant"). I submit this Declaration in support of Defendant's Notice of Removal. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify truthfully and competently thereto.

2. In my position as Human Resources Director, I am responsible for human resources and employment matters for Eckerd and its subsidiary, Odle Management Group, LLC. ("OMG"). I have been in this role and worked at Eckerd since December 26, 2021. Through my role as a Human Resources Director, I am readily familiar with Eckerd's day-to-day business operations and have access to, among other things, personnel and payroll information concerning Eckerd's employees, including Plaintiff Maria Roanne Reyes-Francisco ("Plaintiff"). I am a custodian of, and have access to, employee personnel records, including but not limited to records containing information such as dates of employment, residential addresses, changes in employment, signed acknowledgments and agreements, as well as corporate policies and procedures and employee handbooks. These records are kept in the usual and ordinary course of business.

3. In my position as Human Resources Director, I am also familiar with, and have access to records regarding, the organizational structure, status, and operations of Eckerd and its subsidiary, OMG.

4. I have reviewed and/or have caused to be reviewed the corporate records created and maintained in the ordinary course of business on behalf of Eckerd and OMG, including the personnel and payroll records related to Plaintiff.

5. Based upon my review of Plaintiff's personnel and payroll records: (a) Plaintiff was employed until July 1, 2023, as a Senior Vice President of Operations; (b) at the time of her

/ / /

/ / /

/ / /

/ / /

DECLARATION OF CLIENT IN SUPPORT OF DEFENDANT ECKERD YOUTH ALTERNATIVES, INC.'S NOTICE OF REMOVAL

1  termination, Plaintiff's annual base salary was approximately $170,980.08 per year[1]; and, (c) Plaintiff resided in Dublin, California, and her last known home address was in California.

6. Based upon a review of the Records and/or my personal knowledge, Plaintiff was initially hired on as an employee of OMG. Eckerd purchased OMG in 2020. Subsequent to this acquisition, Eckerd employed all existing OMG employees, including Plaintiff, and reassigned them to OMG under the terms of a secondment agreement.

7. Odle Management Group, LLC. is a limited liability company formed in the State of Arizona on May 25, 2004. Odle Management Group, LLC.'s sole member is Eckerd Youth Alternatives, Inc.

8. Eckerd Youth Alternatives, Inc. was, and still is a not for profit corporation formed in the State of Florida on April 16, 1985. Eckerd Youth Alternatives, Inc.'s principal place of business, and the location from which its executive and senior management personnel and primary management operations direct, control, and coordinate the corporation's activities, is, and was at all times relevant to this action, located in Clearwater, Florida.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 6th day of December 2023, at Staten Island, New York.

/s/ Teresa M. MacDonald
Teresa M. MacDonald

*Filer's Attestation:* Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, David A. Garcia hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

---

[1] Based on Plaintiff's payroll records, Plaintiff received bonuses in addition to her base salary throughout the duration of her employment.