UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROANNE REYES-FRANCISCO,<br><br>    Plaintiff,<br><br>  v.<br><br>ECKERD YOUTH ALTERNATIVES, INC.,<br><br>    Defendant. | Case No. 23-cv-06319-DMR<br><br>**ORDER TO SHOW CAUSE** |

    A case management conference was scheduled for March 6, 2024 in the above-entitled case. No appearance was made on behalf of Plaintiff. [Docket No. 20.] The court ordered Plaintiff to submit a statement by March 14, 2024 explaining why Plaintiff should not be sanctioned for failing to appear at the case management conference. [Docket No. 21.] Plaintiff failed to respond. Therefore, Plaintiff is ordered to show cause in writing by **April 30, 2024** why Plaintiff should not be sanctioned for failing to appear and for failing to respond to a court order.

    The May 1, 2024 Initial Case Management Conference will proceed as scheduled.

    **IT IS SO ORDERED.**

Dated: April 25, 2024

                                    Donna M. Ryu
                                   Chief Magistrate Judge