United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ROANNE REYES-FRANCISCO,

Plaintiff,

v.

ECKERD YOUTH ALTERNATIVES, INC.,

Defendant.

Case No.  23-cv-06319-DMR

**ORDER TO SHOW CAUSE**

A case management conference was scheduled for May 1, 2024 in the above-entitled case. No appearance was made on behalf of Plaintiff.  This is the second time Plaintiff has failed to appear at a scheduled case management conference.  [*See* Docket No. 21 (order to show cause for failing to appear at the March 6, 2024 case management conference).]  Therefore, IT IS HEREBY ORDERED that by **May 3, 2024**, Plaintiff shall file a statement explaining why this case should not be dismissed for failure to prosecute and why Plaintiff's counsel should not be sanctioned for repeatedly failing to appear at case management conferences.

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
Donna M. Ryu
Chief Magistrate Judge